IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNA ARMSTRONG-GONZALES                                                  PLAINTIFF

v.                             CIVIL NO. 10-5190

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                           DEFENDANT

## MEMORANDUM OPINION

On October 8, 2010, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her applications for disability benefits under the provisions of Titles II and XVI of the Social Security Act. (Doc. 1).

On April 20, 2011, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 10). Plaintiff's states Defendant has no objection to the dismissal.

Based on the foregoing, Plaintiff's motion is granted and the Plaintiff's case is hereby dismissed without prejudice.

DATED this 21st day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE